# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-22808-JAD |
| **Lillie Y. Rapine,** | : | |
| Debtor | : | Chapter 13 |

*********************************************************************

| | | |
|---|---|---|
| **Lillie Y. Rapine,** | : | |
| Movant | : | Doc. # 54 |
| | : | |
| vs. | : | Related to Docket No. 52 |
| | : | |
| **PNC Mortgage,** | : | |
| Respondent | : | Hearing Date and Time: |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **(Chapter 13 Trustee),** | : | |
| Additional | : | |
| Respondent | : | |

*********************************************************************

## ORDER

**AND NOW**, this  11th  day of  October  , 2016, upon consideration of the Motion to Withdraw Motion for Contempt for Violation of the Automatic Stay, it is hereby **ORDERED** and **DIRECTED** as follows:

1. The Motion for Contempt for Violation of the Automatic Stay is Withdrawn.

2. The Hearing Scheduled for November 2, 2016 at 10:00 AM in Courtroom D is Cancelled.

BY THE COURT:

_jsf_

Jeffery A. Deller,
United States Bankruptcy Judge

FILED
10/11/16 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Lillie Y Rapine
    Debtor

Case No. 14-22808-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Oct 11, 2016
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2016.
db     +Lillie Y Rapine,    1043 Old Gate Rd,    Pittsburgh, PA 15235-2742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2016      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
        agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        Lawrence W. Willis    on behalf of Debtor Lillie Y Rapine help@urfreshstrt.com,
        urfreshstrt@gmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
        ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        TOTAL: 6