**Form 309**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Lillie Y Rapine** | : | Case No. 14−22808−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 60 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **3rd day of March, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-22808-JAD
Lillie Y Rapine                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1              Date Rcvd: Mar 03, 2017
                              Form ID: 309            Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
db             +Lillie Y Rapine,    1043 Old Gate Rd,    Pittsburgh, PA 15235-2742
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +PNC BANK, NATIONAL ASSOCIATION,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13886509       +National City,    PO Box 94982,   Cleveland, OH 44101-4982
13981771       +PNC Mortgage,    Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13886510       +Recovery Company,    PO Box 57547,    Jacksonville, FL 32241-7547

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13905518       +E-mail/Text: bankruptcy@cavps.com Mar 04 2017 01:29:20      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13886505       +EDI: DISCOVER.COM Mar 04 2017 01:28:00      DISCOVER FINANCIAL SVCS LLC,    PO BOX 15316,
                 Wilmington, DE 19850-5316
13892847        EDI: DISCOVER.COM Mar 04 2017 01:28:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH   43054-3025
13958521       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 04 2017 01:29:33      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13886506       +EDI: CRFRSTNA.COM Mar 04 2017 01:28:00      Firestone,    PO Box 81307,
                 Cleveland, OH 44181-0307
13886507       +EDI: RMSC.COM Mar 04 2017 01:28:00      GE/JC Penney,    PO Box 965007,    Orlando, FL 32896-5007
13886508       +EDI: RMSC.COM Mar 04 2017 01:28:00      GE/Walmart,    PO Box 965024,    Orlando, FL 32896-5024
13948394        EDI: PRA.COM Mar 04 2017 01:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13886511       +EDI: SEARS.COM Mar 04 2017 01:28:00      Sears,    PO Box 6282,   Sioux Falls, SD 57117-6282
13886512        EDI: SEARS.COM Mar 04 2017 01:28:00      Sears/CBNA,    133200 Smith Rd,    Cleveland, OH 44130
                                                                                             TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Lillie Y Rapine help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```