**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LILLIE Y RAPINE

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:14-22808 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 07/10/2014 and confirmed on 09/08/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,546.71 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,546.71 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,104.79 | |
|    Trustee Fee | 827.70 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,932.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 18,614.22 | 0.00 | 18,614.22 |
|    Acct: 7308 | | | | |
| PNC BANK NA | 16,561.84 | 0.00 | 0.00 | 0.00 |
|    Acct: 7308 | | | | |
| PNC BANK FORMERLY NATIONAL CITY BA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXACCT | | | | |
| | | | | 18,614.22 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 3,500.00 | 2,104.79 | 0.00 | 0.00 |
|    Acct: | | | | |
| LILLIE Y RAPINE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| | *** N O N E *** | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 227.35 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 7002 | | | | |
|   DISCOVER BANK(*) | 1,474.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5555 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 110.24 | 0.00 | 0.00 | 0.00 |
|    Acct: 2724 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 229.04 | 0.00 | 0.00 | 0.00 |
|    Acct: 4709 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,536.63 | 0.00 | 0.00 | 0.00 |
|    Acct: 2189 | | | | |
|   RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 9,478.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2846 | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                 18,614.22

   TOTAL CLAIMED
   PRIORITY                  0.00
   SECURED               16,561.84
   UNSECURED            14.055.26

   Date: 04/11/2017                                           /s/ Ronda J. Winnecour
                                                                   RONDA J WINNECOUR PA ID #30399
                                                                   CHAPTER 13 TRUSTEE WD PA
                                                                   600 GRANT STREET
                                                                   SUITE 3250 US STEEL TWR
                                                                   PITTSBURGH, PA  15219
                                                                   (412) 471-5566
                                                                   cmecf@chapter13trusteewdpa.com